# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHER DISTRICT OF OHIO

|                          |   |                               |
|--------------------------|---|-------------------------------|
|                          | ) |                               |
| **Matthew Jones,**       | ) |                               |
|                          | ) |                               |
| **Plaintiff,**           | ) |                               |
|                          | ) | **Case No.: 3:18-cv-02009-JGC** |
| **v.**                   | ) |                               |
|                          | ) |                               |
| **Contract Callers, Inc.,** | ) |                            |
|                          | ) |                               |
| **Defendant.**           | ) |                               |
|                          | ) |                               |

## <u>NOTICE OF SETTLEMENT</u>

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: February 15, 2019

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 600-2112
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 15th day of February, 2019, a true and correct copy of the

foregoing pleading served via ECF to the below:


Jessica-Marie Hutchison, Esq.
Berman & Rabin
15280 Metcalf Avenue
Overland Park, KS 66223
913-777-7177
Fax: 913-652-9474
Email: jhutchison@bermanrabin.com

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 600-2112
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff
