IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Matthew Jones,                                Case No.  3:18-cv-02009
         Plaintiff(s)

    v.                                         Order

Contract Callers, Inc.

         Defendant(s)

      Upon representation of counsel that this case has been settled between the parties, it is hereby

      Ordered that the docket be marked "settled and dismissed without prejudice.  Each party is to bear its own costs." Any subsequent Dismissal filed setting forth specific settlement terms and conditions shall supersede this Order.  The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.  Alternatively, the Court retains jurisdiction to enforce the settlement agreement reached between the parties.

      So ordered.

                                                               s/ James G. Carr
                                                              Sr. United States District Judge